**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ENCHANTEDMOB, INC. and MOB ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AQLF7TPD4G7CN, et al., <br><br> Defendants. | Case No. 24-cv-02296 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Beth W. Jantz** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 11, 2024 [60], in favor of Plaintiffs Enchantedmob, Inc. and Mob Entertainment, Inc. ("Plaintiffs") and against the Defendants Identified in Schedule A in the amount of fifty thousand dollars ($50,000) per Defaulting Defendant for willful use of counterfeit POPPY PLAYTIME Trademarks and ten thousand dollars ($10,000) for willful copyright infringement of the Poppy Playtime Copyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desire to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| GIFTOURS | 19 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 20th day of February 2025.  Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
jnacht@gbc.law

*Counsel for Plaintiffs*
*Enchantedmob, Inc. and Mob Entertainment, Inc.*